**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

**JACE MARTIN LAWS #02298293,**
                                 **Plaintiff,**

**-vs-**                                                                    **Case No.  A-26-CV-00719-ADA**

**TEXAS COURT OF CRIMINAL APPEALS**
**JUDGE J. NEWELL, JUDGE HARVEY, JUDGE**
**RICHARDSON,  JUDGE  WALKER,  JUDGE**
**McCLURE, AND JUDGE J.J.,**
                                 **Defendants.**

_____

## ORDER

Before the Court is Plaintiff Jace Martin Laws' complaint.  The Court granted Plaintiff leave to proceed *in forma pauperis*.  For the reasons discussed below, the Court dismisses Plaintiff's complaint.

STATEMENT OF THE CASE

At the time he filed his complaint, Plaintiff was confined in the Michael Unit of the Texas Department of Criminal Justice - Correctional Institutions Division.  Plaintiff was convicted in Gregg County of two counts of assault against a peace officer, evading arrest or detention with a vehicle, and escape.  His maximum sentence date is September 14, 2066.

Plaintiff sues judges of the Texas Court of Criminal Appeals.  Plaintiff claims the Texas Court of Criminal Appeals by "spinning their own faith" made him the "finger of God."  He alleges Judge Harvey repeatedly declared Plaintiff needed a counselor even though Plaintiff is the "counselor of counselors."  He believes Judge Richardson dismissed Plaintiff's "National Security Case warnings to cause an extinction level event."  Plaintiff claims the "instructions of the word of

God must be interpreted through" Plaintiff.  Judge Walker allegedly has become secretive and ruthless, holding Plaintiff as ransom whenever God's word is clear.  Plaintiff includes Judge McClure in his claims and states that he "will NOT mention the worst of their charges because it very well could begin World War III as they suggest everyone should reject [him]." He also includes Judge J.J. and states they are all apostles of Satan or Plaintiff's disciples.  For relief Plaintiff states:

> I am from God! Stop lying to yourselves, forget about your opinion and put together a real opinion that can change all of your stories and everyone's life.  Please learn from me that with GOD it is never too late to change your story.

<u>DISCUSSION AND ANALYSIS</u>

Because Plaintiff has been granted leave to proceed *in forma pauperis*, the Court is required by statute to review the complaint.  Section 1915(e)(2) provides in relevant part that "the court shall dismiss the case at any time if the court determines that . . . the action or appeal (i) is frivolous or malicious; (ii) fails to state a claim on which relief may be granted; or (iii) seeks monetary relief against a defendant who is immune from such relief."  28 U.S.C. § 1915(e)(2).  A complaint is frivolous, if it "lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325, (1989); *Siglar v. Hightower*, 112 F.3d 191, 193 (5th Cir. 1997).  A claim lacks an arguable basis in law when it is "based on an indisputably meritless legal theory." *Neitzke*, 490 U.S. at 327.  A claim lacks an arguable basis in fact when it describes "fantastic or delusional scenarios." *Id.* at 327–28.

*Pro se* complaints are liberally construed in favor of the plaintiff. *Haines v. Kerner*, 404 U.S. 519, 20–21 (1972).  However, *pro se* status does not offer a plaintiff an "impenetrable shield, for one acting pro se has no license to harass others, clog the judicial machinery with meritless litigation,

and abuse already overloaded court dockets." *Farguson v. MBank Houston N.A.*, 808 F.2d 358, 359 (5th Cir. 1986).

Plaintiff's complaint is frivolous. His factual allegations are delusional and he fails to state a valid claim for relief.

It is therefore **ORDERED** that Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** as frivolous pursuant to 28 U.S.C. § 1915(e).

**SIGNED** on April 15, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE